## BECROFT v. Commonwealth

(Decided October 15, 1929.

Raymond Connell for movant.

J. W. Cammack, Attorney General, and S. H. Brown, Assistant Attorney General, for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the Prohibition Law, imposing a fine of $200 and 60 days in jail.

Appeal denied; judgment affirmed.

## SCOTT et al. v. COLEMAN.

(Decided October 18, 1929.)

A. E. Auxier and W. K. Steele for movant.

L. J. May opposed.

PER CURIAM. Judgment for $381.09 in an action for damages.

Appeal denied. Judgment affirmed.

## SMITH'S ADM'R v. NATIONAL BENEFIT LIFE INSURANCE COMPANY OF WASHINGTON, D. C., et al.

(Decided October 22, 1929.)

Charles S. Haynes for movant.

Crossland & Crossland and John W. Egester opposed.

PER CURIAM. Judgment for $270 in an action for claim of proceeds of insurance policy held to be payable to named beneficiary.

Appeal denied; judgment affirmed.